GEISENDORF & VILKIN, PLLC
Charles L. Geisendorf, Esq. (6985)
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Tel: (702) 873-5868
Email: charles@gvattorneys.com
Attorney for GRANEMORE STREET TRUST

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; GRANEMORE STREET TRUST,<br><br>Defendants. | Case No.: 2:16-cv-02723-APG-GWF<br><br>**Substitution of Attorney** |

The LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., attorney of record for GRANEMORE STREET TRUST does hereby consent to the substitution of GEISENDORF & VILKIN, PLLC, as attorney for GRANEMORE STREET TRUST in the above-entitled matter in his place and stead.

Dated this 27 day of July, 2017.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

By: Michael F. Bohn, Esq.

GEISENDORF & VILKIN, PLLC, does hereby agree to be substituted in the place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as attorney for GRANEMORE STREET TRUST in the above-entitled matter.

Dated this 31 day of July, 2017.

GEISENDORF & VILKIN, PLLC

By: Charles L. Geisendorf, Esq.

GRANEMORE STREET TRUST, consents to the substitution of GEISENDORF & VILKIN, PLLC, in place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as its attorney of record.

Dated this 26 day of July, 2017.

GRANEMORE STREET TRUST

By: Iyad "Eddie" Haddad

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE
DATED: August 17, 2017

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of Geisendorf & Vilkin, PLLC, and that on the 2ND day of August 2017, I caused the foregoing document entitled **Substitution of Attorney** to be served by electronic transmission through the CM/ECF system of the United States District Court in the District of Nevada to the following parties:

Brett M Coombs, Esq.         brett.coombs@akerman.com
Ariel E. Stern, Esq.         ariel.stern@akerman.com

/s/ *Stacie Geisendorf*
An employee of Geisendorf & Vilkin, PLLC