1 MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
2 mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
3 Nevada Bar No. 12294
atrippiedi@bohnlawfirm.com
4 NIKOLL NIKCI, ESQ.
Nevada Bar No.: 10699
5 nnikci@bohnlawfirm.com
LAW OFFICES OF
6 MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Ste. 480
7 Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX

Attorney for Granemore Street Trust

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; GRANEMORE STREET TRUST,<br><br>Defendants. | CASE NO.: 2:16-cv-02723-APG-GWF |

**SUBSTITUTION OF ATTORNEYS**

Defendant, Granemore Street Trust, hereby substitutes Michael F. Bohn, Esq. of Law Offices of Michael F. Bohn, Esq., Ltd., as its attorneys in the above-entitled matter in place and stead of Charles L. Geisendorf, Esq., of the law firm Geisendorf & Vilkin, PLLC.

DATED this 30th day of July, 2018.

By: _____
Iyad "Eddie" Haddad

1

MICHAEL F. BOHN, ESQ., does hereby agree to be substituted in the place of Charles L. Geisendorf, Esq., as attorney for Granemore Street Trust, in the above entitled matter.

DATED this 30th day of July, 2018.

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By:/s/Michael F. Bohn, Esq./
Michael F. Bohn, Esq.
Nevada Bar No. 1641
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074

Charles L. Geisendorf, Esq., consents to the substitution of MICHAEL F. BOHN, ESQ. as attorney of record for Granemore Street Trust.

DATED this 29th day of July, 2018.

GEISENDORF & VILKIN, PLLC

By:/s/ Charles L. Geisendorf
Charles L. Geisendorf, Esq.
Nevada Bar No. 6985
2470 St. Rose Parkway, Suite 309
Henderson, NV 89074

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2018, I electronically transmitted the above SUBSTITUTION OF ATTORNEYS to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

/s/ /Marc Sameroff /
An Employee of the LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

IT IS SO ORDERED:

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

Dated: July 31, 2018