LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
JULIE A. FUNAI, ESQ.
Nevada Bar No. 8725
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
jfunai@lipsonneilson.com

*Attorneys for TRAVATA AND MONTAGE SUMMERLIN CENTRE HOMEOWNERS ASSOCIATION*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; GRANEMORE STREET TRUST,<br><br>Defendants. | CASE NO.: 2:16-cv-02723<br><br>**MOTION TO REMOVE ATTORNEY DAVID MARKMAN FROM ELECTRONIC SERVICE LIST** |

Defendant, TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS ASSOCIATION ("Travata") by and through its counsel of record, LIPSON NEILSON P.C., hereby provides notice that attorney David A. Markman, Esq., is no longer associate with the law firm of Lipson Neilson, P.C.

LIPSON NEILSON P.C., continues to serve as counsel for Travata in this action, therefore no parties are prejudiced by this withdrawal. The undersigned respectfully requests the court remove David A. Markman, Esq., from the electronic service list in this

action. All future correspondence, papers, and future notices should continue to be directed to J. William Ebert, Esq., and Julie A. Funai, Esq.

Dated this 1st day of August, 2018.

LIPSON NEILSON, P.C.

By: /s/ Julie A. Funai
J. William Ebert, Esq.
Nevada Bar No. 2697
Julie A. Funai, Esq.
Nevada Bar No. 8725
9900 Covington Cross Dr., Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – Telephone
(702) 382-1512 – Facsimile
bebert@lipsonneilson.com
jfunai@lipsonneilson.com
*Attorneys for Travata and Montage at Summerlin Centre Homeowners' Association*

### COURT APPROVAL

**IT IS SO ORDERED:**

**DATED:** August 2, 2018.

_____
**UNITED STATES MAGISTRATE JUDGE**