1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  JARED M. SECHRIST, ESQ.
   Nevada Bar No. 10439
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: jared.sechrist@akerman.com

7  *Attorneys for Plaintiff Bank of America,
   N.A., as successor by merger to BAC Home
8  Loans Servicing, LP f/k/a Countrywide
   Home Loans Servicing LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br>v.<br><br>TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; GRANEMORE STREET TRUST,<br><br>Defendants. | Case No.: 2:16-cv-02723-APG-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**) and Travata and Montage at Summerlin Centre Homeowners Association (**HOA**) by and through their counsel of record, that BANA's opposition to HOA's summary judgment motion (Dkt. 33) shall now be due on or before January 24, 2018.

///

///

1

47479774;1

The purpose of the stipulated extension is to accommodate the schedule of counsel and not for any purposes of delay. This is the parties' first request for an extension related to HOA's summary judgment motion.

| Dated the 9th day of January, 2019 | Dated the 9th day of January, 2019 |
|---|---|
| **AKERMAN LLP** | **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.** |
| */s/ Jared M. Sechrist*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>JARED M. SECHRIST, ESQ.<br>Nevada Bar No. 10439<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Plaintiff Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP* | */s/ J. William Ebert*<br>J. WILLIAM EBERT, ESQ.<br>Nevada Bar No. 2697<br>JULIE FUNAI, ESQ.<br>Nevada Bar No. 8725<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Travata and Montage at Summerlin Centre Homeowners Association* |

**IT IS ORDERED that the foregoing stipulation of the parties is approved.**

_____
**UNITED STATES DISTRICT JUDGE**
Dated: January 10, 2019.