ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for Plaintiff Bank of America,*
*N.A., as successor by merger to BAC Home*
*Loans Servicing, LP f/k/a Countrywide*
*Home Loans Servicing LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>                    Plaintiff,<br>v.<br><br>TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; GRANEMORE STREET TRUST,<br><br>                    Defendants. | Case No.: 2:16-cv-02723-APG-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITIONS TO TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS ASSOCIATION'S RENEWED MOTION FOR SUMMARY JUDGMENT AND GRANEMORE STREET TRUST'S MOTION FOR SUMMARY JUDGMENT BASED ON STATUTE OF LIMITATIONS** |

IT IS HEREBY STIPULATED between Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**), Granemore Street Trust (**GST**) and Travata and Montage at Summerlin Centre Homeowners Association (**HOA**) by and through their counsel of record, that BANA's opposition to GST's summary judgment based on statute of limitations and HOA's renewed summary judgment motion (Dkt. 54 and 55, respectively) shall now be due on or before September 19, 2019.

///

50060424;1

1

The purpose of the stipulated extension is to accommodate the schedule of counsel and not for any purposes of delay. This is the parties' first request for an extension related to these two summary judgment motions.

| Dated the 5th day of September, 2019 | Dated the 5th day of September, 2019 |
|---|---|
| **AKERMAN LLP** | **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.** |
| */s/ Jared M. Sechrist*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>JARED M. SECHRIST, ESQ.<br>Nevada Bar No. 10439<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Plaintiff Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP* | */s/ Janeen Isaacson*<br>J. WILLIAM EBERT, ESQ.<br>Nevada Bar No. 2697<br>JANEEN ISAACSON, ESQ.<br>Nevada Bar No. 6429<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Travata and Montage at Summerlin Centre Homeowners Association* |
| Dated the 5th day of September, 2019<br><br>**LAW OFFICE OF MICHAEL F. BOHN**<br><br>*/s/ Adam R. Trippiedi*<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>2260 Corporate Circle, Suite 480<br>Henderson, Nevada 89074<br><br>*Attorneys for Granemore Street Trust* | |

**IT IS ORDERED that the foregoing stipulation of the parties is approved.**

_____

**UNITED STATES DISTRICT JUDGE**

**DATED:** 09/06/2019 _____

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

50060424;1