LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
JANEEN ISAACSON, ESQ.
Nevada Bar No. 6429
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
jisaacson@lipsonneilson.com

*Attorneys for TRAVATA AND MONTAGE SUMMERLIN CENTRE HOMEOWNERS ASSOCIATION*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; GRANEMORE STREET TRUST,<br><br>Defendants. | CASE NO.: 2:16-cv-02723-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS ASSOCIATION TO FILE THEIR REPLY TO BANK OF AMERICA, N.A.'S OPPOSITION TO THEIR MOTION FOR SUMMARY JUDGMENT [ECF 55]**<br><br>(ECF No. 68) |

Defendant TRAVATA AND MONTAGE AT SUMMERLIN CENTRE ("TRAVATA AND MONTAGE") and Plaintiff BANK OF AMERICA, N.A., by and through their respective counsel hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant TRAVATA AND MONTAGE to file its Reply in support of its Motion for Summary Judgment shall be extended to **October 7, 2019**. This is Travata and Montage's First request for an

Page 1

LIPSON NEILSON, P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

extension. Travata and Montage's Reply to its Motion for Summary Judgment is currently due on October 3, 2019.

Counsel for Travata and Montage needs additional time to reply to the arguments raised in BANA's response. The additional time will allow Travata and Montage to properly address the issues raised.

This stipulation is made in good faith and not for purpose of delay.

Dated this 3rd day of October, 2019.

LIPSON NEILSON P.C.

*/s/ J. William Ebert*

By:_____
J. William Ebert, Esq.
Nevada Bar No. 2697
Janeen Isaacson, Esq.
Nevada Bar No. 6429
9900 Covington Cross Dr., Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – Telephone
(702) 382-1512 – Facsimile
*Attorneys for Travata and Montage at Summerlin Centre Homeowners' Association*

| LIPSON NEILSON, P.C. | AKERMAN, LLP |
|---|---|
| */s/ Janeen Isaacson* | */s/ Jared Sechrist* |
| By: _____ | By: _____ |
| J. William Ebert, Esq. | Ariel E. Stern, Esq. |
| NV Bar No. 2697 | NV Bar No. 8276 |
| Janeen Isaacson, Esq. | Jared M. Sechrist, Esq. |
| NV Bar No. 6429 | NV Bar No. 10439 |
| 9900 Covington Cross Dr., Suite 120 | 1635 Village Center Circle, Suite 200 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89134 |
| *Attorneys for Travata & Montage at Summerlin Centre* | *Attorneys for Bank of America, N.A.* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 4, 2019.