MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
NIKOLL NIKCI, ESQ.
Nevada Bar No. 10699
nnikci@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Cir, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX
Attorneys for Defendant
Granemore Street Trust

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; GRANEMORE STREET TRUST,<br><br>Defendants. | CASE NO.: 2:16-cv-02723-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR GRANEMORE STREET TRUST TO FILE ITS REPLY TO BANK OF AMERICA, N.A.'S OPPOSITION TO THEIR MOTION FOR SUMMARY JUDGMENT [ECF 66]**<br><br>(ECF No. 69) |

Defendant, Granemore Street Trust, defendant Travata and Montage at Summerlin Centre, and plaintiff Bank of America, N.A., by and through their respective counsel hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant, Granemore Street Trust, to file its Reply in support of its Motion for Summary Judgment shall be extended to October 10, 2019. This is Granemore Street Trust's First request for an extension. Granemore Street Trust's Reply to its Motion for Summary Judgment is currently due on October 3, 2019.

1

Counsel for Granemore Street Trust needs additional time to reply to the arguments raised in BANA's response. The additional time will allow Granemore Street Trust to properly address the issues raised.

This stipulation is made in good faith and not for purpose of delay.

DATED this 3rd day of October, 2019.

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /s/ /Michael F. Bohn, Esq./
MICHAEL F. BOHN, ESQ.
NIKOLL NIKCI, ESQ.
2260 Corporate Cir, Suite 480
Henderson, Nevada 89074
*Attorneys for Defendant*
*Granemore Street Trust*

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /s/ /Nikoll Nikci, Esq./
Michael F. Bohn, Esq.
Nikoll Nikci, Esq.
2260 Corporate Cir, Suite 480
Henderson, Nevada 89074
*Attorneys for Defendant*
*Granemore Street Trust*

AKERMAN LLP

By: /s/ /Jared Sechrist, Esq./
Ariel E. Stern, Esq.
Jared M. Sechrist, Esq.
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89144
*Attorneys for Bank of America, N.A.,*
*as successor by merger to BAC*
*Home Loans Servicing, LP f/k/a*
*Countrywide Home Loans Servicing LP*

LIPSON NEILSON, P.C.

By: /s/ /Janeen Isacson, Esq./
J. William Ebert, Esq.
Janeen Isacson, Esq.
9900 Covington Cross Dr., Suite 120
Las Vegas, Nevada 89144
*Attorneys for Travata and Montage at*
*Summerlin Centre Homeowners'*
*Association*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 4, 2019.