MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
NIKOLL NIKCI, ESQ.
Nevada Bar No. 10699
nnikci@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Cir, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX
Attorneys for Defendant
Granemore Street Trust

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; GRANEMORE STREET TRUST,<br><br>Defendants. | CASE NO.: 2:16-cv-02723-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR GRANEMORE STREET TRUST TO FILE ITS REPLY TO BANK OF AMERICA, N.A.'S OPPOSITION TO THEIR MOTION FOR SUMMARY JUDGMENT [ECF 66]**<br>**(Second Request)** |

Defendant, Granemore Street Trust, defendant Travata and Montage at Summerlin Centre, and plaintiff Bank of America, N.A., by and through their respective counsel hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant, Granemore Street Trust, to file its Reply in support of its Motion for Summary Judgment shall be extended to November 11, 2019. This is Granemore Street Trust's Second request for an extension. Granemore Street Trust's Reply to its Motion for Summary Judgment is currently due on October 10, 2019.

Defendant Granemore Street Trust and plaintiff BANA are engagement in settlement negotiations that the parties believe will resolve this matter. The additional time will allow the settlement negotiations to move forward without unnecessarily expending judicial resources.

This stipulation is made in good faith and not for purpose of delay.

DATED this 9th day of October, 2019.

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /s/ /Nikoll Nikci, Esq./
    Michael F. Bohn, Esq.
    Nikoll Nikci, Esq.
    2260 Corporate Cir, Suite 480
    Henderson, Nevada 89074
    *Attorneys for Defendant*
    *Granemore Street Trust*

AKERMAN LLP

By: /s/ /Jared Sechrist, Esq./
    Ariel E. Stern, Esq.
    Jared M. Sechrist, Esq.
    1635 Village Center Circle, Suite 200
    Las Vegas, Nevada 89144
    *Attorneys for Bank of America, N.A.,*
    *as successor by merger to BAC*
    *Home Loans Servicing, LP f/k/a*
    *Countrywide Home Loans Servicing LP*

LIPSON NEILSON, P.C.

By: /s/ /Janeen Isacson, Esq./
    J. William Ebert, Esq.
    Janeen Isacson, Esq.
    9900 Covington Cross Dr., Suite 120
    Las Vegas, Nevada 89144
    *Attorneys for Travata and Montage at*
    *Summerlin Centre Homeowners'*
    *Association*

**ORDER**

IT IS SO ORDERED.

    Dated: October 10, 2019.

_____
UNITED STATES DISTRICT JUDGE