1  MICHAEL F. BOHN, ESQ.
   Nevada Bar No.: 1641
2  mbohn@bohnlawfirm.com
   NIKOLL NIKCI, ESQ.
3  Nevada Bar No. 10699
   nnikci@bohnlawfirm.com
4  LAW OFFICES OF
   MICHAEL F. BOHN, ESQ., LTD.
5  2260 Corporate Cir, Suite 480
   Henderson, Nevada 89074
6  (702) 642-3113/ (702) 642-9766 FAX
   Attorneys for Defendant
7  Granemore Street Trust

8

9                        UNITED STATES DISTRICT  COURT

10                          DISTRICT OF  NEVADA

11  BANK OF AMERICA, N.A., AS SUCCESSOR         CASE NO.:   2:16-cv-02723-APG-EJY
    BY MERGER TO BAC HOME LOANS
12  SERVICING, LP FKA COUNTRYWIDE
    HOME LOANS SERVICING, LP,
13                                              **STIPULATION AND ORDER TO EXTEND**
                   Plaintiff,                   **TIME FOR GRANEMORE STREET**
14                                              **TRUST TO FILE ITS REPLY TO BANK**
    vs.                                         **OF AMERICA, N.A.'S OPPOSITION TO**
15                                              **THEIR MOTION FOR SUMMARY**
    TRAVATA AND MONTAGE AT                      **JUDGMENT [ECF 66]**
16  SUMMERLIN CENTRE HOMEOWNERS                      **(Fifth Request)**
    ASSOCIATION; NEVADA ASSOCIATION
17  SERVICES, INC.; GRANEMORE STREET
    TRUST,
18
                   Defendants.
19

20        Defendant, Granemore Street Trust, defendant Travata and Montage at Summerlin Centre, and

21  plaintiff Bank of America, N.A., by and through their respective counsel hereby agree and stipulate as

22  follows:

23        IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant, Granemore Street

24  Trust, to file its Reply in support of its Motion for Summary Judgment shall be extended to February 10,

25  2020.  This is Granemore Street Trust's fifth request for an extension.  Granemore Street Trust's Reply to

26  its Motion for Summary Judgment is currently due on January 10, 2020.

27

28

                                               1

1     Defendant Granemore Street Trust and plaintiff BANA are engaged in settlement negotiations that

2 the parties believe will resolve this matter. The additional time will allow the settlement negotiations to move

3 forward without unnecessarily expending judicial resources.

4     This stipulation is made in good faith and not for purpose of delay.

5     DATED this 10th day of January, 2020.

6 LAW OFFICES OF
  MICHAEL F. BOHN, ESQ., LTD.           AKERMAN LLP

7

8 By: /s/ /Michael F. Bohn, Esq./         By: /s/ /Nicholas Belay, Esq./
     Michael F. Bohn, Esq.              Ariel E. Stern, Esq.

9      Nikoll Nikci, Esq.                 Nicholas Belay, Esq.
     2260 Corporate Cir, Suite 480        1635 Village Center Circle, Suite 200

10     Henderson, Nevada 89074         Las Vegas, Nevada 89144
     *Attorneys for Defendant*          *Attorneys for Bank of America, N.A., as*

11     *Granemore Street Trust*          *successor by merger to BAC Home Loans*
                                       *Servicing, LP f/k/a Countrywide Home*

12                                       *Loans Servicing LP*

13
  LIPSON NEILSON, P.C.

14

15 By: /s/ /Janeen Isacson, Esq./
     J. William Ebert, Esq.

16     Janeen Isacson, Esq.
     9900 Covington Cross Dr., Suite 120

17     Las Vegas, Nevada 89144
     *Attorneys for Travata and Montage at*

18     *Summerlin Centre Homeowners'*
     *Association*

19

20                          **ORDER**

21 IT IS SO ORDERED.

22

23

24                  _____

25                  UNITED STATES DISTRICT JUDGE
                     Dated: January 10, 2020.

26

27

28