# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>    Plaintiff<br><br>v.<br><br>TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS ASSOCIATION, et al.,<br><br>    Defendants | Case No.: 2:16-cv-02723-APG-EJY<br><br>**Order (1) Denying Motion for Summary Judgment as Moot, and (2) Requiring Status Report on Remaining Motions**<br><br>[ECF No. 54] |

In light of the settlement between plaintiff Bank of America, N.A. and defendant Granemore Street Trust (ECF No. 90),

I ORDER that defendant Granemore Street Trust's motion for summary judgment **(ECF No. 54) is DENIED as moot**.

I FURTHER ORDER the remaining parties to file a status report regarding whether the remaining motions for summary judgment are moot or I should rule on them. If no status report is filed by **March 23, 2020**, I will deny those motions without prejudice.

DATED this 17th day of March, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE